**Appeal Reinstated; Motion Granted; Appeal Dismissed; and Memorandum Opinion filed March 28, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00137-CV

---

### PLAZA CENTER LLC, Appellant

### V.

### LITTLE GREEN APPLES INC., Appellee

---

**On Appeal from County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1102869**

---

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed February 12, 2018. We abated this appeal on the parties' motion so they could pursue settlement. On March 22, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Hassan.